No. 999. WILLIAM S. INGRAHAM, ETC., PETITIONER, *v.* COMMERCIAL LEAD COMPANY ET AL. May 1, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William B. Thompson* and *Mr. Ford W. Thompson* for the petitioner. No appearance for the respondents.

---

No. 1003. MARY VIRGINIA MILLER, PETITIONER, *v.* WEST VIRGINIA PULP & PAPER COMPANY ET AL. May 1, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. J. Kemp Bartlett* and *Mr. Maynard F. Stiles* for the petitioner. *Mr. W. Calvin Chesnut* and *Mr. John W. Davis* for the respondent.

---

No. 1004. FOURTEENTH STREET SAVINGS BANK, PETITIONER, *v.* SIGMUND DERNFELD. May 1, 1911. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. H. Winship Wheatley* for the petitioner. No appearance for the respondent.

---

No. 899. THE AMERICAN BANK PROTECTION COMPANY, PETITIONER, *v.* ELECTRIC PROTECTION COMPANY. May 15, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. A. C. Paul* and *Mr. Arthur P. Greeley* for the petitioner. *Mr. John E. Stryker* for the respondent.

---

No. 958. CHARLES S. LESTER, PETITIONER, *v.* EDWARD G. BENEDICT, TRUSTEE, ETC. May 15, 1911. Petition